**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Sean Anthony Ashelman  2016-01146
(Name of Plaintiff)          (Inmate Number)
Union County Prison
103 South Second St. Lewisburg Pa 17837
(Address)

(2) _____
(Name of Plaintiff)          (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

                              vs.

W/C
(1) John Rissell (4) C/o ADams

(2) C/o Snyder (5) C/o Kerstetter

(3) T. Shemory (6) C/o Gilbert
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

3:17 cv 2395
(Case Number)

**CIVIL COMPLAINT**

FILED
SCRANTON

DEC 26 2017

PER _____

**TO BE FILED UNDER:** ___ 42 U.S.C. § 1983 - STATE OFFICIALS

___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  **PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
     number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

1

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? ___Yes ___No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? ___Yes ___No

C.   If your answer to "B" is Yes: I have wrote the District Attorney General (Josh Shapiro) I have wrote The Lewisburg Prison Projects

1.   What steps did you take? I have filed a greivance. I have wrote PREA Coordinater Jennifer L. Feicht. I Met with the Investigater Andy Stahl in June 2017

2.   What was the result? I Have received no results in any aspect of this situation. Then I received a letter on Nov 20th 2017. Stating that I Lied about there Being a female present at the time. So the result were unfounded Because I didn't Physically See Her, Snyder County Prison Intraction Report MR-16-139 admits her presence Stating She was one of the escorting officers

D.   If your answer to "B" is No, explain why not: _____

_____

III.   **DEFENDANTS**

(1) Name of first defendant: John Rissell
Employed as Lieutenant/W/C at Snyder County Prison
Mailing address: 600 Old Colony Road Selinsgrove Pa. 17870
(2) Name of second defendant: T. Shemory
Employed as Correctional Officer at Snyder County Prison
Mailing address: 600 Old Colony Road Selinsgrove, Pa. 17870
(3) Name of third defendant: Mr. Snyder
Employed as Correctional Officer at Snyder County Prison
Mailing address: 600 Old Colony Road Selinsgrove, Pa. 17870
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV.   **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1.   On November 9th 2016 I was Escorted from A-Block Cell A-11 to C-Block Cell #2 by W/C John Rissell with assisting officer(s) C/O Kerstetter, C/O Snyder, C/O Shemory, C/O Adams and

2

C/O Gilbert.

2. I was Sexually Abused and Sexually Assulted by W/C John Rissell, When I was placed face down on a concrete slab facing the back of the cell (cell #2) with all 4 Correctional Officers Present. Holding Me Down on My Stomach and a 5th officer with Knee on My face, John Rissell ripped My Boxers to my Ankles Then Spread My Buttocks and Physically lifted my testicals roughly as well as my Penis from Behind and in Between my legs.

3. I was Sexually Assulted by Watch Commander John Rissell while C/O's Snyder, Shemory, Adams, Kersetetter, Gilbert

Bea.

## V.   RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I want the court to See to it that there is a investigation Conducted in regards to this situation. I want Paid Therepy and Counseling as well as Mental Health Treatment. I also want Monetarie Disbursment for the violation of

2. My Civil Rights. I want a Restraining Order put into Effect against W/C John Rissell for the Sexual assult, as well as for him to be Confronted by The Snyder County Prison Committee Board for His

3. Actions.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____15th_____ day of __November_____ , 20_17_ .

_____Sean Anthony Ashelman_____
(Signature of Plaintiff)

**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS
COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331**

<u>COVER SHEET</u>

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A
COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND
COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed in forma pauperis.
However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the
greater of:

    1)      the average monthly deposits to your prison account for the past six months; or

    2)      the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding
month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE
OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE
SERVED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      1. You shall file a complaint by completing and signing the attached complaint form and
mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments
are needed to complete the allegations in the complaint, no more than three (3) pages of attachments
will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to
complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with
the complaint form. \_\_\_\_**

      2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C.
§ 1915 without paying the full filing fee at this time by completing the following: (1) Complaint
Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must
properly complete, sign and submit all three standard forms or your complaint may be returned to
you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. § 1915
without full prepayment of fees.** \_\_\_\_

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against
a correctional facility or an official or agent of a correctional facility, the damage award will first be
used to satisfy any outstanding restitution orders pending. Before payment of any compensatory
damages, reasonable attempts will be made to notify the victims of the crime for which you were
convicted concerning payment of such damages. The restitution orders must be fully paid before any
part of the award goes to you.

      **DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

Sean Anthony Ashelman
Union County Prison
103 South Second Street
Lewisburg, Pa. 17837

RECEIVED
SCRANTON

DEC 2 6 2017

PER_____
DEPUTY CLERK

Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. 2U.S.
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

Official Business