IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN ANTHONY ASHELMAN, :
:
    Plaintiff, :
:
v. : No. 4:17-CV-2395
:
JOHN RISSEL, *et al.*, : (Judge Brann)
:
    Defendants. :

# ORDER

**AND NOW**, this 26th day of December 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery (Doc. 21) is **DISMISSED WITHOUT PREJUDICE** as premature.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. If Ashelman provides this Court with his current address within a reasonable time period, this determination will be reconsidered

4. The Clerk of Court is directed to **CLOSE** the case.

                                                  BY THE COURT:

                                                *s/ Matthew W. Brann*
                                                Matthew W. Brann
                                                United States District Judge